IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Lasky, Ira J | Case Number: 04 B 37872 |
|---|---|---|
| | Lasky, Rebecca L | Judge: Wedoff, Eugene R |
| | Printed: 8/5/08 | Filed: 10/12/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: August 1, 2008
Confirmed: March 17, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 78,750.00 | |
| Secured: | | 40,808.33 |
| Unsecured: | | 31,720.68 |
| Priority: | | 0.00 |
| Administrative: | | 2,100.00 |
| Trustee Fee: | | 4,120.99 |
| Other Funds: | | 0.00 |
| Totals: | 78,750.00 | 78,750.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | James A Young | Administrative | 2,100.00 | 2,100.00 |
| 2. | Irwin Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | ECast Settlement Corp | Secured | 0.00 | 0.00 |
| 4. | Ford Motor Credit Corporation | Secured | 15,635.68 | 15,635.68 |
| 5. | General Motors Acceptance Corp | Secured | 25,172.65 | 25,172.65 |
| 6. | ECast Settlement Corp | Unsecured | 977.44 | 1,216.76 |
| 7. | Discover Financial Services | Unsecured | 1,305.17 | 1,624.09 |
| 8. | RoundUp Funding LLC | Unsecured | 1,364.77 | 1,698.95 |
| 9. | ECast Settlement Corp | Unsecured | 374.80 | 466.53 |
| 10. | Ford Motor Credit Corporation | Unsecured | 9.76 | 12.14 |
| 11. | Bank One | Unsecured | 1,832.79 | 2,281.61 |
| 12. | Resurgent Capital Services | Unsecured | 133.79 | 166.54 |
| 13. | ECast Settlement Corp | Unsecured | 2,042.87 | 2,543.12 |
| 14. | American Express | Unsecured | 945.36 | 1,176.79 |
| 15. | ECast Settlement Corp | Unsecured | 929.59 | 1,157.16 |
| 16. | American General Finance | Unsecured | 191.39 | 238.23 |
| 17. | FDS National Bank | Unsecured | 159.14 | 198.04 |
| 18. | ECast Settlement Corp | Unsecured | 453.26 | 564.24 |
| 19. | ECast Settlement Corp | Unsecured | 360.48 | 448.71 |
| 20. | Resurgent Capital Services | Unsecured | 3,520.02 | 4,380.18 |
| 21. | Resurgent Capital Services | Unsecured | 854.69 | 1,063.91 |
| 22. | RoundUp Funding LLC | Unsecured | 746.93 | 929.79 |
| 23. | American Express Travel Relate | Unsecured | 1,826.47 | 2,273.70 |
| 24. | Portfolio Recovery Associates | Unsecured | 699.45 | 870.64 |
| 25. | Resurgent Capital Services | Unsecured | 551.68 | 686.68 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Lasky, Ira J | Case Number: 04 B 37872 |
| | Lasky, Rebecca L | Judge: Wedoff, Eugene R |
| | Printed: 8/5/08 | Filed: 10/12/04 |

| | | | | |
|---|---|---|---|---|
| 26. | American Express | Unsecured | 2,252.24 | 2,803.74 |
| 27. | FDS National Bank | Unsecured | 166.04 | 206.63 |
| 28. | ECast Settlement Corp | Unsecured | 277.14 | 344.93 |
| 29. | ECast Settlement Corp | Unsecured | 1,224.15 | 1,523.93 |
| 30. | Citibank USA | Unsecured | 117.32 | 146.03 |
| 31. | Discover Financial Services | Unsecured | 2,167.89 | 2,697.61 |
| 32. | Jackie Lasky | Secured | | No Claim Filed |
| 33. | Bank One | Unsecured | | No Claim Filed |
| 34. | Shell Credit Card | Unsecured | | No Claim Filed |
| 35. | Cardiology | Unsecured | | No Claim Filed |
| 36. | Capital One | Unsecured | | No Claim Filed |
| 37. | Capital One | Unsecured | | No Claim Filed |
| 38. | Fair Financial Services | Unsecured | | No Claim Filed |
| 39. | Dell Financial Services, Inc | Unsecured | | No Claim Filed |
| 40. | Home Depot | Unsecured | | No Claim Filed |
| 41. | Wachovia Bank | Unsecured | | No Claim Filed |
| 42. | Marshall Field & Company | Unsecured | | No Claim Filed |

$ 68,392.96    $ 74,629.01

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 150.16 |
| 4% | 403.35 |
| 3% | 141.75 |
| 5.5% | 779.35 |
| 5% | 236.26 |
| 4.8% | 448.20 |
| 5.4% | 1,961.92 |

$ 4,120.99

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

